MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2748
      E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL BIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-00807-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 10, 2025, up to and including August 11, 2025. This is the first request for Defendant's extension.

    The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. In addition to other assignments, Counsel has three briefs and a Ninth Circuit oral argument during a period of two workdays, including this matter. Although Counsel has worked diligently on this matter and other assigned cases, this extension is necessary.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  July 7, 2025   /s/  Francesco Paulo Benavides*
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(*signature authorized via e-mail July 7, 2025)

Dated: July 7, 2025   MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

/s/  Michael J. Mullen
MICHAEL J. MULLEN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to August 11, 2025, to file the Commissioner's responsive brief.

Dated:  July 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE